THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Carlos Smith,       
Appellant.
 
 
 

Appeal From Spartanburg County
Donald W. Beatty, Circuit Court Judge

Unpublished Opinion No. 2003-UP-279
Submitted February 20, 2003  Filed 
 April 17, 2003   

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia; for 
 Appellant.
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Charles H. Richardson, Assistant Attorney General W. Rutledge Martin, 
 of Columbia; and Harold W. Gowdy, III, of Spartanburg; for Respondent.
 
 
 

PER CURIAM: Carlos Smith was indicted by a Spartanburg 
 County grand jury for two counts of assault and battery with intent to kill 
 and one count of possession of a pistol by a person under twenty-one.   Following 
 a jury trial, Smith was found guilty on all charges and sentenced to ten years 
 each to run concurrent on the ABIK charges and one year consecutive with credit 
 for time served on the weapons charge.  Smiths counsel attached to the final 
 brief a petition to be relieved as counsel stating he had reviewed the record 
 and concluded the appeal lacked merit.  We dismiss 
 [1] pursuant to Anders v. California, 386 U.S. 738 (1967) 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels 
 petition to be relieved is granted.
APPEAL DISMISSED.
 HEARN, C.J., CURETON and GOOLSBY, JJ., concur.

 
 [1]   We decide this case without oral argument 
 pursuant to Rule 215, SCACR.